| | |
|---|---|
| DEFENDANT: | FRANCISCO RAMIREZ |
| YOB: | 1982 |
| COMPLAINT FILED? | __x__ Yes  ____ No   Case No. 20-mj-00201-SKC |
| OFFENSE(S): | Count 1: Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| | Count 2: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) |
| | Count 3: Possession with Intent to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) |
| | Count 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i). |
| LOCATION OF OFFENSE: | Pueblo County, Colorado |
| PENALTY: | Count 1: NMT 10 years' imprisonment, NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 special assessment fee. |
| | Count 2: NLT 5 years' and NMT 40 years' imprisonment, NMT $5,000,000 fine, or both; NLT 4 years' supervised release; $100 special assessment fee. |
| | Count 3: NMT 20 years imprisonment, NMT $1,000,000 fine, or both; NLT 3 years' supervised release; $100 special assessment fee. |
| | Count 4: NLT 5 years' imprisonment to run consecutive to any other sentence, NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee. |
| AGENT: | Matthew Gonzales, ATF |
| AUTHORIZED BY: | Daniel McIntyre, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

2

 X  five days or less; __ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.